## KUHN v. THE AMERICAN MUTUAL LIFE IN-
## SURANCE COMPANY.

[No. 20,042.    Filed April 2, 1903.]

APPEAL AND ERROR.—*Parties.*—Unless all parties adverse to appel-
lant in the court below are made appellees in this court, the case
can not be determined on its merits.

From St. Joseph Circuit Court; *W. A. Funk,* Judge.

Action by William J. Kuhn against the American
Mutual Life Insurance Company and others. From a
judgment in favor of defendants, plaintiff appeals. Trans-
ferred from Appellate Court, under §1337u Burns 1901.
*Appeal dismissed.*

*J. D. Osborn, R. M. Johnson* and *Robert Lowry,* for ap-
pellant.

*J. M. Van Fleet* and *V. W. Van Fleet,* for appellee.

MONKS, J.—Appellant brought this action against appel-
lee and five others. Each of said defendants, in the court
below, filed a demurrer to each paragraph of the complaint
for want of facts, which was overruled. Said defendants
filed an answer in six paragraphs. Appellant filed a demur-
rer to each paragraph of said answer, for want of facts,
which was overruled. Appellant then filed his reply in
seven paragraphs. The cause was tried by the court, and a
special finding of facts made and conclusions of law stated
thereon against appellant and in favor of appellee and its
codefendants in the court below. Final judgment was ren-
dered by the court that appellant take nothing by his said
action, and that the "defendants recover of the plaintiff
their costs and charges in this cause laid out and expended."

Six defendants recovered final judgment against appel-
lant in the court below, and he has made only the American
Mutual Life Insurance Company, one of said defendants,
an appellee in this court. It is settled law in this State

that, unless all parties adverse to appellant in the court below are made appellees in this court, the case can not be determined on its merits. *Kreuter* v. *English Lake Land Co.,* 159 Ind. 372, and cases cited.

The appeal is therefore dismissed.